# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-5540 MWF (MRW) | Date | August 20, 2019 |
| Title | Hawn v. State of California | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**  ORDER TO SHOW CAUSE

1. After screening Petitioner's habeas corpus petition, the Court (Magistrate Judge Wilner) ordered Petitioner to submit a supplemental statement addressing several obvious defects with the habeas action. (Docket # 3.) Petitioner failed to file an appropriate response.

2. Petitioner is ordered to show cause why the action should not be dismissed for failure to state a claim, lack of exhaustion of the claims, and failure comply with a court order. Petitioner's response to the OSC <u>and</u> the substantive supplemental statement are due by or before September 17, 2019.

**Failure to file a timely submission as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b). <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**